UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Jason Sanabria_

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Attached to Civil action_

_NO. 21-CV-3825_

_NO - 21-CV-3825_

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

_Second
Amended_
**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

*(check one)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification
number and the name and address of your current place of confinement.  Do the same for any additional
plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name              _Jason Sute_
              Street Address    _820 Mahlin St_
              County, City      _Bethlehem_
              State & Zip Code  _PA 18015_
              Telephone Number  _610 330 5679 M60_

*Rev. 10/2009*

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government
        agency, an organization, a corporation, or an individual.  Include the address where each defendant can be
        served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.
        Attach additional sheets of paper as necessary.

Defendant No. 1          Name _Attached to Cul action No. 21CV-3925_

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 2          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 3          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 4          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. §
1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*
        ☑ Federal Questions          ☐ Diversity of Citizenship


B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
        issue? _Claims pursuant to 42 USC § 1983_
        _which involve the Defendants, Have any Civil_
        _Matters Concerning the Federal Constitution;_
        _and impeachable By Code Service?_

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?  Attached to Civil Action NO. 21-CV-3825

B.  What date and approximate time did the events giving rise to your claim(s) occur?  Attached to Civil Action No 21-CV-3825

C.  Facts:  Attached to Civil action No 21-CV-3825 as Construed by the Courts Reasons as By the Courts Memorandum.

[Box: What happened to you?]

[Box: Who did what?]

[Box: Was anyone else involved?]

as under Document 9 States the Motion for trial is Denied.

[Box: Who else saw what happened?]

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Sufficient to relevant injuries Require sufficiently informed as Before a Determination on the issue to why 18 USCSS 1031 Mayor fraud against the United States is a known scheme to with intent to Defraud U.S mentally as a Damage to Breach with Causation to obstruction that leads to maintains a the right by the people and enumerations in the Constitution by Disparagement & Retainment is the medical treatment required and received.

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

The pro Se litigants Complaint needs to Be present by Cognizable Claims to which the Defendants should be responding to on the Merits

Plain and Simple : The Discrete liberally Construed in Regards to plaintiffs Claims are actions & the Defendants and need to be assessed for professional investigations

Attached to Civil action NO 21-CV-3805

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _21_ day of _October_ _____, 20_21_.

Signature of Plaintiff _____

Mailing Address _____ 800 Itaskan St _____

_Bethlehem   PA   18015_

Telephone Number _610-330-7160_

Fax Number *(if you have one)* _____

E-mail Address _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____