IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ANTHONY SANABRIA,<br>    Plaintiff | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 21-CV-3825 |
| ST. LUKE'S HOSPITAL SACRED<br>HEART CAMPUS, *et al.*,<br>    Defendants | :<br>:<br>:<br>: |

### ORDER

AND NOW, this 28th day of October 2021, upon consideration of Jason Anthony Sanabria's Second Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum of this date;

2. The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.